UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.  1:19-cr-0263-JRS-MJD |
| | ) | |
| MICHAEL WILLIAMS, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

**AMENDED REPORT AND RECOMMENDATION**

On June 6, 2022, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on May 20, 2022.  Defendant Williams appeared in person with his appointed counsel Gwendolyn Beitz.  The government appeared by Patrick Gibson, Assistant United States Attorney.  U. S. Parole and Probation appeared by Officer Troy Adamson.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.      The Court advised Defendant Williams of his rights and provided him with a copy of the petition.  Defendant Williams orally waived his right to a preliminary hearing.

2.      After being placed under oath, Defendant Williams admitted violation numbers 1, and 2. [Docket No. 49.]

3.      The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall refrain from any unlawful use of a controlled substance."** |
| | The offender submitted a urine sample which tested positive for marijuana on May 10, 2022, and admitted using the substance within the 30 day detection period prior to submitting to the test. As previously reported to the Court, the offender tested positive for marijuana on July 13, August 20, August 25, 2021, January 26, and March 21, 2022. |
| 2 | **"You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer."** |
| | On July 15, 2021, the offender was referred for regular outpatient drug treatment at Take Back Control in Indianapolis for using marijuana. He attended monthly sessions as required. As noted in violation one, the offender continued to use marijuana and was unable to cease use. On April 1, 2022, the probation officer referred Mr. Williams to intensive outpatient drug treatment at the Hickory Treatment Center in Indianapolis. He was assessed for dual-diagnosis treatment of his mental health issues and Cannabinoid addiction. The offender soon began an intensive outpatient drug treatment program at Hickory. The offender was participating virtually in three sessions each week; however, on May 18, 2022, he was discharged for three unexcused absences. Mr. Williams advised the probation officer the reason he was discharged was he forgets that he has class three times a week. |

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade C violation.

   (b) Defendant's criminal history category is III.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 5 to 11 months' imprisonment.

5. The parties jointly recommended a modification to include residing at the

Volunteers of America for a period of ninety (90) days.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be modified as follows:

1. You shall reside in a residential reentry center for a term of ninety (90) days. You shall abide by the rules and regulations of the facility.

2. Original set of conditions of supervised release ordered at Docket No. 37.

Defendant reviewed the foregoing conditions and they were reviewed by defendant with his attorney. Defendant, on the record, waived reading of the above-noted conditions of supervised release.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 6/15/2022

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system