UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.  1:19-cr-0263-JRS-MJD |
| | ) | |
| MICHAEL WILLIAMS, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On August 24, 2022, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on August 19, 2022.  Defendant Williams appeared in person with his appointed counsel Dominic Martin.  The government appeared by Barry Glickman, Assistant United States Attorney.  U. S. Parole and Probation appeared by Officer Jason Phillips.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.	The Court advised Defendant Williams of his rights and provided him with a copy of the petition.  Defendant Williams orally waived his right to a preliminary hearing.

2.	After being placed under oath, Defendant Williams admitted violation numbers 1, and 2.  [Docket No. 64.]

3.	The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|

1      **"You shall refrain from any unlawful use of a controlled substance."**

On July 15, 2022, Mr. Williams submitted a urine sample which tested positive for marijuana. Prior to the test and after being confronted with the result, he specifically denied using the substance within the past 30 days. The sample was sent to Alere Laboratory and was confirmed positive for marijuana. On July 25, 2022, Mr. Williams submitted a urine sample which tested positive for marijuana at the regional reentry center (RRC). The sample was confirmed positive for marijuana by Redwood Laboratory. On August 4, 2022, Mr. Williams submitted a urine sample which tested positive for marijuana at the regional reentry center (RRC). The sample was confirmed positive for marijuana by Redwood Laboratory.

As previously reported to the Court, the offender tested positive for marijuana on July 13, August 20, August 25, 2021, January 26, March 21, May 10, and June 24, 2022.

2      **"You shall reside in a residential reentry center (RRC) for a term of ninety (90) days.  You shall abide by the rules and regulations of the facility."**

On July, 29, 2022, Mr. Williams advised staff at the residential reentry center that he is going to "walk out" of the facility if he does not get his way. The offender failed to follow proper protocol and procedure in regard to having approved passes out of the facility. RRC staff tried to share positive insight and reason with him but he responded with verbal disrespect and resistance. According to the report, Mr. Williams conduct was so egregious, the Director of the RRC was on the verge of ejecting him from the facility; however, he was allowed to remain. The offender has received additional incident reports for smoking in the facility, being disrespectful to staff, returning late, and multiple positive drug tests.

4.      The parties stipulated that:

(a)      The highest grade of violation is a Grade C violation.

(b)      Defendant's criminal history category is III.

(c)      The range of imprisonment applicable upon revocation of supervised release, therefore, is 5 to 11 months' imprisonment.

5.      The parties jointly recommended a sentence of 9 months with no supervised

release to follow.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more

fully set forth on the record, finds that the Defendant violated the conditions in the petition, that

his supervised release should be revoked, and that he should be sentenced to the custody of the

Attorney General or his designee for a period of 9 months with no supervised release to follow.

The Defendant is to be taken into custody immediately pending the District Judge's action on

this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned

to a Magistrate Judge.  The parties waived the fourteen-day period to object to the Report and

Recommendation.


Date: 8/25/2022

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana


Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system